IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JESSICA SEGARRA,**<br>    Plaintiff,<br><br>v.<br><br>**THE PHILADELPHIA PARKING AUTHORITY, et al.,**<br>    Defendants. | :<br>:<br>:<br>: **CIVIL ACTION NO. 13-1419**<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 18th day of February 2014, upon consideration of Defendants' Motion to Dismiss (Doc. No. 10) and Plaintiff's Response thereto (Doc. No. 12), it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part** without prejudice. Plaintiff may amend her Complaint within **21 days** of the entry of this order.

**IT IS SO ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**